UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG PITTMAN and KELLY PITTMAN, § § § Plaintiffs, § § v. § § SETERUS, INC., FEDERAL NATIONAL § MORTGAGE ASSOCIATION, KYANITE § SERVICES, INC., MORTGAGE § ELECTRONIC REGISTRATION § SYSTEMS, INC., and FIRST MANGUS § FINANCIAL CORP., § § Defendants. § | | No. 3:14-CV-3852-M (BF) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated April 6, 2015. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. 12) is DENIED as moot.

**SO ORDERED** this 6th day of May, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS