IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG PITTMAN and<br>KELLY PITTMAN,<br><br>　　Plaintiffs,<br><br>v.<br><br>SETERUS, INC., FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION, KYANITE<br>SERVICES, INC., MORTGAGE<br>ELECTRONIC REGISTRATION,<br>SYSTEMS, INC., and FIRST MANGUS<br>FINANCIAL CORP.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:14-CV-3852-M (BF) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants'/Counter-Plaintiffs' Motion for Summary Judgment [D.E. 51] is **GRANTED**.

**SO ORDERED** this 23rd day of November, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BARBARA M. G. LYNN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF TEXAS