IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG PITTMAN and<br>KELLY KONACK PITTMAN,<br>　　Plaintiffs,<br><br>v.<br><br>SETERUS, INC., FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION, KYANITE<br>SERVICES, INC., MORTGAGE<br>ELECTRONIC REGISTRATION,<br>SYSTEMS, INC., and FIRST MANGUS<br>FINANCIAL CORP.,<br>　　Defendants. | §§§§§§§§§§§§§ | No. 3:14-CV-3852-M (BF) |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br>　　Counter-Plaintiff,<br><br>v.<br><br>CRAIG PITTMAN and<br>KELLY KONACK PITTMAN<br>　　Counter-Defendants. | §§§§§§§§§ | |

## AMENDED JUDGMENT

It has come to the Court's attention that the original Judgment entered in this case [Docket Entry #60] failed to specifically address the Counterclaim for judicial foreclosure filed by Defendant Federal National Mortgage Association ("Fannie Mae"). Because Fannie Mae is entitled to proceed with the relief requested in its Counterclaim, the Court enters this Amended Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that this case is dismissed with prejudice. It is further,

1

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain Texas Home Equity Note (Fixed Rate - First Lien) executed on or about December 1, 2005 by Craig S. Pittman and Kelly Konack Pittman and recorded as document number 200503627571 in the real property records of Dallas County, Texas ("Security Instrument"), provides Fannie Mae, as the current holder of the Note and mortgagee of the Security Instrument, in the event of a default on the obligations on the Note, with a first lien security interest on that certain real property commonly known as 9310 Mill Hollow Drive, Dallas, Texas 75243 ("Property"), and more particularly described as follows:

> Lot 2-A, Block F/8152, of Revisions of Lots 1 Thru 6, Block F/8152 and Lots 1 thru 12, and Lots 24 thru 39, Block A/8152, of Forest Meadows Addition No. 5, an Addition to the City of Dallas, Dallas County, Texas, According to the Map thereof recorded in Volume 75175, Page 1095, of the Map Records of Dallas County, Texas.

It is further,

**ORDERED, ADJUDGED AND DECREED** that Fannie Mae is the current holder and owner of the Note and beneficiary of the Security Instrument. It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Note, which, as of June 10, 2015 is $265,689.82; prejudgment interest; post-judgment interest at the Note interest rate of 6.875%; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that due to event of default on the Note, Fannie Mae, or its successors or assigns, may enforce its Security Instrument against the Property through non-judicial foreclosure of the Property as provided in the Security Instrument and section 51.002 of the Texas Property Code, or, alternatively through judicial foreclosure. It is further,

**ORDERED, ADJUDGED AND DECREED** that, should Fannie Mae elect a judicial foreclosure, an order of sale shall issue to any federal marshal, sheriff, or constable, directing him or her to seize and sell the Property, and the improvements located thereon, as under execution and satisfaction of this judgment. It is further,

**ORDERED, ADJUDGED AND DECREED** that all foreclosure notices shall be mailed to Craig S. Pittman and Kelly Konack Pittman at 9310 Mill Hollow, Dallas, Texas 75243. It is further,

**ORDERED, ADJUDGED AND DECREED** that all costs are to be taxed against Plaintiffs. It is further,

**ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in this Amended Judgment is **DENIED** and any Defendant not otherwise disposed of is **DISMISSED**.

In light of the relief granted by this Amended Judgment, Fannie Mae's Motion to Modify Judgment [Docket Entry #61], and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge directed to the Motion [Docket Entry #62], are **DENIED** as moot.

**SO ORDERED** this 19 day of January, 2016.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE