**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CRAIG PITTMAN and KELLY KONACK PITTMAN,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| v. | § | **No. 3:14-CV-3852-M** |
| | § | |
| **SETERUS INC., ET AL.,** | § | |
| **Defendants.** | § | |
| v. | § | |
| | § | |
| **CRAIG PITTMAN and KELLY KONACK PITTMAN,** | § | |
| | § | |
| **Counter-Defendants.** | § | |

**RECOMMENDATION RE: NON-PRISONER'S IFP STATUS ON APPEAL**
(For *pro se* non-PLRA appeals)

Before the Court are a Notice of Appeal and a Request to Proceed *In Forma Pauperis* on Appeal.

The Magistrate Judge, having considered the issue, recommends as follows:

( )    the party appealing should be GRANTED leave to proceed *in forma pauperis.*

( )    the party appealing is proceeding *in forma pauperis*.

( X )    the party appealing should be DENIED leave to proceed *in forma pauperis* for the following reason(s):

    (**X**)    the court recommends that the District Court certify, pursuant to Fed. R. App. P. 24(a) and 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith.  *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (an appeal is not taken in good faith when it fails to present non-frivolous issues).

    ( )    the person appealing is not a pauper;

    ( )    the person appealing has not complied with the requirements of Rule 24 o f t h e Federal Rules of Appellate Procedure and/or 28 U.S.C. § 1915(a)(1) as ordered by the Court.  (See Notice of Deficiency and Order filed on _____).

**Although this appeal should be certified as not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court,**

U.S. Court of Appeals for the Fifth Circuit, within 30 days of this Order.

**SIGNED** this 18th day of February, 2016.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE